Sidney Akhurst, Appellant, v. National Starch Company, Respondent. — Judgment affirmed, with costs. All concurred.